# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 CR 36-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| BRITTNEY LYNN MOORE. | ) | |
| | ) | |
| _____ | ) | |

**THIS CAUSE** came on to be heard and was heard before the undersigned on January 5, 2012, pursuant to an Order (#128)entered by the court continuing the release of the defendant on terms and conditions of presentence release. At the call of this matter on for hearing it appeared that the defendant was present with her attorney, Fredilyn Sison and the government was present and represented through Assistant United States Attorney Don Gast.

At the hearing that occurred on January 5, 2012, upon questioning by the court, Ms. Sison advised that defendant had completed the oral surgery which had been previously scheduled for her. Defendant's father who was going to take custody of defendant's minor child has contracted cancer, but the defendant has made arrangements with her mother to provide care for the child.

After hearing arguments of counsel for the defendant and the government, the undersigned now finds that exceptional reasons no longer exist meriting the continued release of defendant pending sentencing. As a result, the undersigned will enter an

order revoking the terms and conditions of presentence release previously entered in this matter and will enter an order detaining defendant.

**ORDER**

**IT IS, THEREFORE, ORDERED**, that the terms and conditions of presentence release in this matter are hereby **REVOKED** and defendant is placed in the custody of the U.S. Marshal pending sentencing and other proceedings in this matter.

Signed: January 9, 2012

Dennis L. Howell
United States Magistrate Judge